BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
C.F.D. SHIPPING LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
C.F.D. SHIPPING LTD.,

          Plaintiff,

  -against-

ABASA NIGERIA ENTERPRISES LTD.,

          Defendant.
-----------------------------------------------------------X

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, C.F.D. SHIPPING LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       May 20, 2008

                          BROWN GAVALAS & FROMM LLP
                          Attorneys for Plaintiff
                          C.F.D. SHIPPING LTD.

        By: _____
            Peter Skoufalos (PS-0105)
            355 Lexington Avenue
            New York, New York 10017
            212-983-8500